## Commonwealth ex rel. Seymoure, Appellant, *v.* Myers.

Submitted December 13, 1965. *Walter Seymoure,* appellant, in propria persona; *Ted E. Freedman* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Shapiro *v.* Shapiro, Appellant.

Argued December 15, 1965. *John G. Siegle,* for appellant; *Frank L. Guiliano,* for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Sliva, Appellant, *v.* Rundle.

Submitted December 13, 1965. *Henry Sliva,* appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.